**Zaky Tadros**
95 Avenue E
Bayonne, NJ 07002
(201) 780-6660
zaky63@gmail.com

May 7, 2025

Hon. Jessica Allen, USMJ
Martin Luther King Building & U.S. Courthouse
50 Walnut Street – MLK 2B
Newark, NJ 07101

Re:   Tadros vs. Union City, et. al.
      Civil Action No.: 20-12546 (CCC) (JA)

Dear Judge Allen:

    I am the plaintiff in the above matter and am in receipt of your order of February 24, 2025, relieving my prior attorney. I only received that letter from my attorney via FED/EX on April 5, and was informed by my attorney that I had to find a new by May 9, 2025. I have attempted to retain a new attorney, however, many of the attorneys I have spoken to have conflicts and I have not been able to find a new attorney to this day. I request that you provide me with some additional time to continue to find a new attorney.

    If it is possible can your office provide me with any referral services that I could contact to try and find an attorney? Any information that you can provide would be very helpful.

                                            Sincerely,
                                            /s/ Zaky Tadros